

February 28, 2018

**<u>Via Regular Mail</u>**
Anthony L Airo
Victoria J. Airo
31 Colony Dr
Monroe, NY 10950


**Re: Loss Mitigation Update for In re Anthony Airo and Victoria Airo,
      Case No.: 17-35108 (CGM)**

Dear Sir/Madam:

    This office represents Rushmore Loan Management Services as Servicer for MTGLQ ("Rushmore") in the above-referenced proceeding.

    In compliance with Judge Morris's instructions at the previous conference on February 13, 2018, please find enclosed correspondence from Rushmore, along with a detailed explanation of the denial reasons as already explained in a status letter from our firm electronically filed on January 18, 2018.

    If you have any further questions, please contact me at 914-219-5787, ext. 140, or by email at lgarza@leopoldassociates.com.

    Thank you,

    LEOPOLD & ASSOCIATES, PLLC

    BY:    **/s/ Len Garza, Esq.**
            For the Firm

Enc.



January 18, 2018

**VIA ECF**

Hon. Cecelia G. Morris, Chief Judge
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

**Re: Loss Mitigation Update for In re Airo, Case No.: 17-35108 (CGM)**

Dear Chief Judge Morris:

This office represents Rushmore Loan Management Services as Servicer for MTGLQ Investors, L.P. ("Rushmore").

On December 21, 2017, Rushmore deemed the *pro se* Debtor's loan modification application complete. Based upon the application submitted, Rushmore has denied this account for a loan modification due to insufficient income, which the gross monthly income was confirmed to be $4,715.48 and the net income of $3,793.06. In addition, the monthly expenses listed on Debtor's application were $1,070.00.

Currently, Rushmore has advised that the (i) total amount due on the loan is $484,396.71; (ii) current market value of the property is $320,000.00; (iii) interest rate is 5.75%; (iv) term is 360 months and (v) Debtor's current monthly mortgage payment is $2,937.41 (P&I - $1,750.72 and escrow - $1,186.69).

In considering the Debtor for a loan modification, Rushmore (i) deferred principal of $155,921.68, resulting in an interest bearing principal amount of $320,000; (ii) reduced the interest rate to 4.25%; (iii) and extended the loan term to 420 months which resulted in a monthly mortgage payment of $2,722.44 (P&I - $1,465.26 and escrow and insurance - $1,257.18). Unfortunately, even factoring in all of these favorable terms, this payment resulted in a front and back end DTI of 57.73% - which fails Rushmore's ratios and is clearly unaffordable given the Debtor's net monthly income of $3,793.06.

Notwithstanding the above, Rushmore has advised that the Debtor has qualified for a short sale option, and encourages the Debtor to reach out should she wish to explore that option.

Thank you for your time and attention.

Respectfully submitted,

BY:    /s/ **Michael T. Rozea**
       For the Firm

Leopold & Associates, PLLC  /  80 Business Park Drive, Suite 110  /  Armonk, NY  10504
Tel: 914-219-5787, Ext. 140 /  Fax: 914-206-4066 / Email: mrozea@leopoldassociates.com